COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KRYSTAL PEREZ, | § | |
| | | No. 08-09-00124-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 379th District Court |
| THE STATE OF TEXAS, | § | |
| | | of Bexar County, Texas |
| Appellee. | § | |
| | | (TC#2007CR11408W) |
| | § | |

## MEMORANDUM OPINION

This is an appeal from a judgment adjudicating guilt for the offense of possession of heroin in an amount less than one gram. The court sentenced Appellant to eighteen months in a state jail facility. We affirm.

Appellant's court-appointed counsel has filed a brief in which she has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by advancing contentions which counsel says might arguably support the appeal. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his right to examine the appellate record and file a pro se brief. No pro se brief has been filed.

We have carefully reviewed the record and counsel's brief and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the

appeal.  The judgment is affirmed.


GUADALUPE RIVERA, Justice

September 23, 2009

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)